MICHAEL BAILEY
United States Attorney
District of Arizona
FRANCES M. KREAMER HOPE
Assistant U.S. Attorney
CHRISTINA REID-MOORE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Frances.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

2020 SEP 23 P 5: 33

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-01566 TUC-JAS(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Carlos Maximilliano Galvan,

    Defendant.

**I N D I C T M E N T**

Violations:
18 U.S.C. §§ 1111 and 1153
(First Degree Murder)
Count 1

18 U.S.C. §§ 1111 and 1153
(First Degree Murder/Felony Murder)
Count 2

18 U.S.C. §§ 2111 and 1153
(Robbery)
Count 3

18 U.S.C. § 2119(3)
(Carjacking Resulting in Death)
Count 4

18 U.S.C. § 111(a)(1)(b)
(Assault on a Federal Officer)
Counts 5-7

18 U.S.C. §§ 113(a)(3) and 1153
(Assault with a Dangerous Weapon)
Counts 8-12

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO

GALVAN, an Indian, with premeditation and malice aforethought, did unlawfully kill B.B., in violation of Title 18, United States Code, Sections 1111 and 1153.

## COUNT 2

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO GALVAN, an Indian, did with malice aforethought, and in the perpetration and attempted perpetration of a felony, that is Robbery, as charged in Count 3, unlawfully kill B.B., in violation of Title 18, United States Code, Sections 1111 and 1153.

## COUNT 3

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'Odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO GALVAN, an Indian, did by force, violence, and intimidation take and attempt to take a thing of value, that is a motor vehicle, from the person and presence of B.B., in violation of Title 18, United States Code, Sections 2111 and 1153.

## COUNT 4

On or about August 27, 2020, in the District of Arizona, CARLOS MAXIMILLIANO GALVAN, with the intent to cause death and serious bodily harm, did by force, violence, and intimidation take a motor vehicle that had been transported, shipped, and received in interstate commerce, from the person and presence of B.B., resulting in the death of B.B., in violation of Title 18, United States Code, Section 2119(3).

## COUNT 5

On or about August 27, 2020, in the District of Arizona, CARLOS MAXIMILLIANO GALVAN, did knowingly, intentionally, and recklessly use and attempt to use force in assaulting, resisting, opposing, impeding, intimidating, and interfering with A.A., a person designated under Title 18, United States Code, Section 1114 at the time, while engaged in and on account of the performance of his official duties, and in doing so, the defendant used a dangerous weapon, that is, a motor vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 6

On or about August 27, 2020, in the District of Arizona, CARLOS MAXIMILLIANO GALVAN, did knowingly, intentionally, and recklessly use and attempt to use force in assaulting, resisting, opposing, impeding, intimidating, and interfering with P.G., a person designated under Title 18, United States Code, Section 1114 at the time, while engaged in and on account of the performance of his official duties, and in doing so, the defendant used a dangerous weapon, that is, a motor vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 7

On or about August 27, 2020, in the District of Arizona, CARLOS MAXIMILLIANO GALVAN, did knowingly, intentionally, and recklessly use and attempt to use force in assaulting, resisting, opposing, impeding, intimidating, and interfering with A.M., a person designated under Title 18, United States Code, Section 1114 at the time, while engaged in and on account of the performance of his official duties, and in doing so, the defendant used a dangerous weapon, that is, a motor vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 8

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO GALVAN, an Indian, with the intent to do bodily harm, did assault A.A. with a dangerous weapon, to wit: a motor vehicle; in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 9

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO GALVAN, an Indian, with the intent to do bodily harm, did assault P.G. with a dangerous weapon, to wit: a motor vehicle; in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 10

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO GALVAN, an Indian, with the intent to do bodily harm, did assault A.M. with a dangerous weapon, to wit: a motor vehicle; in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 11

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO GALVAN, an Indian, with the intent to do bodily harm, did assault F.S. with a dangerous weapon, to wit: a motor vehicle; in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 12

On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, CARLOS MAXIMILLIANO GALVAN, an Indian, with the intent to do bodily harm, did assault A.B. with a dangerous weapon, to wit: a motor vehicle; in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/
FRANCES M. KREAMER HOPE
CHRISTINA REID-MOORE
Assistant U.S. Attorneys