JON M. SANDS
Federal Public Defender
**W. ERIC RAU**
Assistant Federal Public Defender
State Bar No. 019267
eric_rau@fd.org
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carlos Maximilliano Galvan,<br><br>Defendant. | CR-20-1566-TUC-JAS (BGM)<br><br>**JOINT MOTION TO DESIGNATE<br>AS COMPLEX CASE<br>(UNOPPOSED)** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7) will occur as a result of this motion or an order based thereon.

Pursuant to L R Crim. P. 16.2 and 18 U.S.C. § 3161(h)(7)(B)(ii), defendant Carlos Maximilliano Galvan, through counsel, and the United States of America, through Assistant United States Attorneys Frances Kreamer Hope and Alicia Renee Quezada, jointly and respectfully request that this Court designate the above-captioned matter as a Complex case, based upon the following:

Mr. Galvan was arrested more than 18 months ago, in late August, 2020. The Indictment in this case, dated September 23, 2020, includes 12 counts, including a count of First Degree Murder, a count of First Degree Murder/Felony Murder, a count of Robbery, a count of Carjacking Resulting in Death, three counts of Assault on a Federal Officer, and five counts of Assault with a Dangerous Weapon. (ECF Doc. 11).  Several of these counts carry potential penalties of death or life imprisonment.

Approximately 18 months after the indictment date, investigations, mitigation investigations and interviews, and discovery are all still ongoing, and the Government's discovery is already voluminous but still more is coming soon. Due to the serious and complicated nature of the charges, extensive follow-up investigation will be necessary. The nature of the facts in this case will also require defense counsel and the capital defense team to do forensic investigation, including accident and ballistics reconstruction, securing medical reports, interviewing or deposing witnesses, and hiring experts in order to represent Mr. Galvan in a competent manner at both the guilt and mitigation phase of this case.

Additionally, at the most recent status conference Assistant U.S. Attorney Frances Kreamer Hope confirmed that the Government is awaiting the finalized preparation of the defense's ongoing mitigation materials counsel and that the Government has not yet transmitted a "seek" or "no seek" request recommendation, and thus there is not yet a decision from the office of the Attorney General regarding non/authorization of the death penalty in this case for Mr. Galvan.

Counsel notes that, regardless of a local U.S. Attorney's Office's "seek" or "no seek" recommendation, that decision ultimately belongs to the office of the Attorney General. Until that decision has been made, capital defense counsel must complete their additional duties pursuant to their ethical guidelines to conduct heightened investigation and preparation for both phases of the case. *See* ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases, Rule 10.8(A)(3).

Assistant U.S. Attorneys Frances Kreamer Hope and Alicia Renee Quezada, on behalf of the Government, join in this motion and request.

RESPECTFULLY SUBMITTED this 18th day of March, 2022.

JON M. SANDS
Federal Public Defender

*/s/ Walter Eric Rau*
W. ERIC RAU
Assistant Federal Public Defender

2

ECF copies to:

FRANCES KREAMER HOPE,
Assistant U.S. Attorney

ALICIA RENEE QUEZADA,
Assistant United States Attorney