JON M. SANDS
Federal Public Defender
**W. ERIC RAU**
Assistant Federal Public Defender
State Bar No. 019267
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500; Fax: (520) 879-7601
eric_rau@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-20-1566-TUC-JAS (BGM) |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| Carlos Maximilliano Galvan, | (In Custody) |
| Defendant. | |

Defendant, CARLOS MAXIMILLIANO GALVAN, through counsel, and the United States of America, submit this Joint Status Report regarding the status of this case pursuant to this Court's Order dated March 15, 2022 (ECF Doc. 75).

**Joint Matters**

There are presently no updates with respect to any joint matters.

**The United States of America, Plaintiff**

The Government has provided all disclosure to the defense and there are presently no additional updates.

**Carlos Maximilliano Galvan, Defendant**

Mitigation interviewing and investigation is still ongoing. Defense Mitigation Specialist William Stanton has been meeting face-to-face with Mr. Galvan and his next scheduled meeting is on Wednesday, June 8, 2022. CoreCivic has been providing the requested private meeting space for the most recent mitigation interviews, and this has worked well.

After recent discussion with the Government, the Defense has begun compiling the mental health records that it has gathered as part of its overall mitigation investigations, and it anticipates providing those records to the Government as preliminary mitigation sometime this week.

RESPECTFULLY SUBMITTED:  June 7, 2022.

JON M. SANDS
Federal Public Defender

*/s/ Walter Eric Rau*
W. ERIC RAU
Attorney for Defendant

*ECF Copies to:*

FRANCIS KREAMER HOPE; and
ALICIA RENEE QUEZADA,
Assistant United States Attorneys