# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-01566-001-TUC-JAS (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Carlos Maximilliano Galvan, | |
| Defendant. | |

The Court having reviewed the Joint Status Report (Doc. 82),

IT IS ORDERED that the status conference set for June 14, 2022 at 2:20 p.m. is hereby vacated.

IT IS FURTHER ORDERED that a new status conference is set for Wednesday, September 28, 2022 at 11:20 a.m. counsel are directed to file a new joint status report by Wednesday, September 21, 2022.

Dated this 10th day of June, 2022.

Honorable James A. Soto
United States District Judge