JON M. SANDS
Federal Public Defender
**W. ERIC RAU**
Assistant Federal Public Defender
State Bar No. 019267
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500; Fax: (520) 879-7601
eric_rau@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-20-1566-TUC-JAS (BGM) |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| Carlos Maximilliano Galvan, | (In Custody) |
| Defendant. | |

Defendant, CARLOS MAXIMILLIANO GALVAN, through counsel, and the United States of America, submit this Joint Status Report regarding the status of this case pursuant to this Court's Order dated June 10, 2022 (ECF Doc. 83).

**Joint Matters**

The Government informed defense counsel on September 9, 2022 that it does not intend to seek the Death Penalty against Mr. Galvan.

**The United States of America, Plaintiff**

The Government has provided all disclosure to the defense and there are presently no additional updates.

**Carlos Maximilliano Galvan, Defendant**

In the aftermath of the Government's recent advisal that it will not seek the Death Penalty against Mr. Galvan, the defense is wrapping up its Death Penalty mitigation interviewing and investigation. Defense Mitigation Specialist William Stanton is preparing written summaries for the defense team and will meet face-to-face with Mr. Galvan one last time on Wednesday, October 5, 2022. Defense counsel recently provided the U.S. Marshals with Mr. Stanton's updated credentials to renew his visitation clearance and CoreCivic has been providing the requested private meeting space for the most recent mitigation interviews, which has worked well.

Although the defense is greatly relieved that the Death Penalty is no longer at issue for Mr. Galvan, the defense must now turn its full attentions to in-depth factual investigations and professional evaluations in defending a First Degree Murder case for which life imprisonment is still mandated if Mr. Galvan is convicted.

RESPECTFULLY SUBMITTED:  September 21, 2022.

JON M. SANDS
Federal Public Defender

*/s/ Walter Eric Rau*
W. ERIC RAU
Attorney for Defendant

*ECF Copies to:*

FRANCIS KREAMER HOPE; and
ALICIA RENEE QUEZADA,
Assistant United States Attorneys